Honorable Robert J. Bryan
U.S. District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE ESTATE OF AMIR HOZAIEN (Deceased), by and through his personal representative, Mary Harm; and CHRISTINE HOZAIEN, individually and as surviving parent to Amir Hozaien; <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO MANUEL LOPEZ, an individual and dba AARON TRUCKING;AARON TRUCKING, a business entity,  MIKE CAMPBELL & ASSOCIATES, LTD., a California Corporation; and UNKNOWN JOHN DOES, <br><br> Defendants. | CAUSE NO. C09-cv-05278-RJB <br><br><br> PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES |

COMES NOW Plaintiffs and hereby disclose the following experts pursuant to FRCP 26(a)(2).

## I.  EXPERT WITNESSES

The following witnesses are retained experts within the meaning of FRCP 26 and from which list Plaintiffs will call expert witnesses at trial.  However, Plaintiffs expressly

PLAINTIFFS' DISCLOSURE OF
EXPERT WITNESSES - 1
U:\LINDA\HOZAIEN\expert witness disclosure.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW
6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

reserves the right not to call every witness listed.  As to any witness Plaintiffs elect not to

call as a witness at trial, such expert is expressly declared to be a consulting witness

whether hereafter deposed or not.  No other party may call such consulting expert without

Plaintiffs' permission.

**1.      James F. Horrell, Ph.D.**
          23118 NE 126th St.
          Redmond, WA 98053

          Dr. Horrell's Report and Resume are attached as Exhibit A.

2.      Plaintiffs also reserve the right to call factual witnesses identified in their Initial
Disclosures, who because of their knowledge, training or experience may offer expert
opinions at the time of trial.

3.      Plaintiffs reserve the right to disclose additional expert witnesses as necessitated
by further investigation and discovery, or to rebut defendants' experts or disclosure.

4.      Plaintiffs reserve the right to call any expert witness identified by defendants in
their disclosure of expert witnesses.

DATED this 30th day of December, 2009.

                        LUVERA BARNETT
                        BRINDLEY BENINGER & CUNNINGHAM


                        /s/ David M. Beninger
                        David M. Beninger, WSBA No. 18432
                        Luvera Barnett Brindley Beninger & Cunningham
                        701 Fifth Avenue, Suite 6700
                        Seattle, WA 98104
                        Phone : 206-467-6090
                        Fax: 206-467-6961
                        Email: david@luveralawfirm.com

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the below date, I mailed, or caused delivery of a true copy of the foregoing to:

Francis S. Floyd, Esq.
Floyd, Pflueger & Ringer
2505 Third Avenue, Ste 300
Seattle, WA 98121-1445
Phone: (206) 441-4455
FAX: (206) 441-8484
E-mail: ffloyd@floyd-ringer.com

Dated this 30th day of December, 2009.

CATHERINE GALFANO

PLAINTIFFS' DISCLOSURE OF
EXPERT WITNESSES - 3
U:\LINDA\HOZAIEN\expert witness disclosure.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

# Exhibit A

## PRELIMINARY ECONOMIC APPRAISAL OF PECUNIARY LOSS

Prepared by
James F. Horrell, Ph.D.

*James F. Horrell*

---

DECEASED: Amir Hozaien.
DATE OF BIRTH: January 31, 1979.
DATE OF DEATH: JUNE 8, 2006.
AGE AT TIME OF INJURY: 27.35 years.
LIFE EXPECTANCY AT TIME OF INJURY: 49.7 years.

DEPENDANTS:

Christine (Mother)

Tarek (younger brother)

SUMMARY OF LOSS CIRCUMSTANCE: The family and estate of Amir Hozaien have suffered great loss as a consequence of his untimely death due to the June 6, 2006 accident. The losses suffered can be partitioned and estimated via two sub-categories of loss: (1) lost earnings capacity, (2) intangible damages. In this report numerical values are calculated and presented for the first category. These calculations present benchmark values, which will enable the jury to, (in view of all of the evidence presented at trial), select an appropriate value for making Amir Hozaien's family and estate whole again with respect to these so-called **"tangible"** damages. Separately, the jury will need to decide on a value for the intangible loss.

LOST FUTURE EARNINGS CAPACITY CALCULATION I:  AMIR HOZAIEN
ASSUMPTIONS;
A)    If Amir Hozaien had not been killed on June 6, 2006, he would have had an earning capacity consistent with his existing opportunity of earnings at his Scientific Games employment through age 67.
B)    As a consequence of his death, his family and estate have lost much of the economic support of his earning capacity.
C)    An appropriate estimate of his earning capacity can be determined by the use of the earning history of his employment at Scientific Games.  This earning history appears in the Misc Calcs table. (See the Misc Calcs table that accompanies this report.)

D)    A conservative estimate of his earning capacity is his 2005 earnings, i.e., $68,993.18 per year.

E)    Future lost earnings capacity should be adjusted for personal consumption and fringe benefits.

F)    The appropriate discount rate for discounting his future long run lost earning capacity to present value is the T-bill rate.

G)    The relative relationship of the average rate of increase in his future earnings losses and the T-bill rate will be approximately 0.01 or one percent.

**THE ABOVE SET OF ASSUMPTIONS LEAD TO A "DISCOUNTED TO PRESENT VALUE" LOST EARNING CAPACITY OF $1,877,942.**  (See accompanying EARNING CAPACITY I calculation table.)

LOST FUTURE EARNINGS CAPACITY CALCULATION I:  AMIR HOZAIEN ASSUMPTIONS;

H)    If Amir Hozaien had not been killed on June 6, 2006, he would have had an earning capacity consistent with his existing opportunity of earnings at his Scientific Games employment through age 67.

I)    As a consequence of his death, his family and estate have lost much of the economic support of his earning capacity.

J)    An appropriate estimate of his earning capacity can be determined by the use of the earning history of his employment at Scientific Games.  This earning history appears in the Misc Calcs table. (See the Misc Calcs table that accompanies this report.)

K)    A reasonable estimate of his earning capacity is his annualized 2006 earnings, i.e., $77,062.61 per year.

L)    Future lost earnings capacity should be adjusted for personal consumption and fringe benefits.

M)    The appropriate discount rate for discounting his future long run lost earning capacity to present value is the T-bill rate.

N)    The relative relationship of the average rate of increase in his future earnings losses and the T-bill rate will be approximately 0.01 or one percent.

**THE ABOVE SET OF ASSUMPTIONS LEAD TO A "DISCOUNTED TO PRESENT VALUE" LOST EARNING CAPACITY OF $2,599,182.**  (See accompanying EARNING CAPACITY II calculation table.)

May 3, 2008                     Amir Hozaien                          Page 3 of 3

## OVERALL SUMMARY TABLE

|     | LOSS CATEGORY | | LOSS ESTIMATE |
| --- | --- | --- | --- |
| (1) | LOST EARNINGS CAPACITY | | $1,877,942  to  $2,599,182 |
| (2) | INTANGIBLE DAMAGES | | Determined by the jury |
| | | | ———————————— |
| | TOTAL TANGIBLE DAMAGES | = | $1,877,942  to  $2,599,182 |
| | | | + |
| | INTANGIBLE DAMAGES | = | Determined by the jury |
| | | | ———————————— |
| | TOTAL DAMAGES | | |

```
Documents Reviewed:

Economic Notebook prepared by LBBB&C
National Vita Statistics Report, Vol. 54, No. 14, March 28, 2007
US Treasury Yield Curve 4-28-08
```

## Calculation Using 2005 Earnings

ECONOMIC APPRAISAL OF PECUNIARY LOSS:          **Amir Hozaien**
LOST EARNING CALCULATION:
REFERENCE: 2005 Earnings = $68,993.18

| | | |
|---|---|---|
| EARNING BASE | = | $68,993 |
| DIFFERENTIAL | = | 1.010 |
| TAX ADJUSTMENT | = | 1.000 |
| PERSONAL ADJMNT | = | 0.460 |
| FRINGE BENEFIT FACTOR | = | 1.163 |
| NUMBER OF PERIODS | = | |

| | Loss | Cumm. Loss | Age |
|---|---|---|---|
| 1 | $37,279.07 | | 27 |
| 2 | $37,651.86 | $74,931 | 28 |
| 3 | $38,028.38 | $112,959 | 29 |
| 4 | $38,408.66 | $151,368 | 30 |
| 5 | $38,792.75 | $190,161 | 31 |
| 6 | $39,180.68 | $229,341 | 32 |
| 7 | $39,572.49 | $268,914 | 33 |
| 8 | $39,968.21 | $308,882 | 34 |
| 9 | $40,367.89 | $349,250 | 35 |
| 10 | $40,771.57 | $390,022 | 36 |
| 11 | $41,179.29 | $431,201 | 37 |
| 12 | $41,591.08 | $472,792 | 38 |
| 13 | $42,006.99 | $514,799 | 39 |
| 14 | $42,427.06 | $557,226 | 40 |
| 15 | $42,851.33 | $600,077 | 41 |
| 16 | $43,279.84 | $643,357 | 42 |
| 17 | $43,712.64 | $687,070 | 43 |
| 18 | $44,149.77 | $731,220 | 44 |
| 19 | $44,591.27 | $775,811 | 45 |
| 20 | $45,037.18 | $820,848 | 46 |
| 21 | $45,487.55 | $866,336 | 47 |
| 22 | $45,942.43 | $912,278 | 48 |
| 23 | $46,401.85 | $958,680 | 49 |
| 24 | $46,865.87 | $1,005,546 | 50 |
| 25 | $47,334.53 | $1,052,880 | 51 |
| 26 | $47,807.87 | $1,100,688 | 52 |
| 27 | $48,285.95 | $1,148,974 | 53 |
| 28 | $48,768.81 | $1,197,743 | 54 |
| 29 | $49,256.50 | $1,246,999 | 55 |
| 30 | $49,749.06 | $1,296,748 | 56 |
| 31 | $50,246.56 | $1,346,995 | 57 |
| 32 | $50,749.02 | $1,397,744 | 58 |
| 33 | $51,256.51 | $1,449,001 | 59 |
| 34 | $51,769.08 | $1,500,770 | 60 |
| 35 | $52,286.77 | $1,553,056 | 61 |
| 36 | $52,809.63 | $1,605,866 | 62 |
| 37 | $53,337.73 | $1,659,204 | 63 |
| 38 | $53,871.11 | $1,713,075 | 64 |
| 39 | $54,409.82 | $1,767,485 | 65 |
| 40 | $54,953.92 | $1,822,439 | 66 |
| 41 | $55,503.46 | $1,877,942 | 67 |

## Annualized 2006 Earnings

ECONOMIC APPRAISAL OF PECUNIARY LOSS:     **Amir Hozaien**
LOST EARNING CALCULATION:
REFERENCE: Annualized 2006 Earnings = $77,062.61

| | | |
|---|---|---|
| EARNING BASE | = | $77,063 |
| DIFFERENTIAL | = | 1.010 |
| TAX ADJUSTMENT | = | 1.000 |
| PERSONAL ADJMNT | = | 0.570 |
| FRINGE BENEFIT FACTOR | = | 1.163 |
| NUMBER OF PERIODS | = | |

| | Loss | Cumm. Loss | Age |
|---|---|---|---|
| 1 | $51,596.43 | | 27 |
| 2 | $52,112.39 | $103,709 | 28 |
| 3 | $52,633.52 | $156,342 | 29 |
| 4 | $53,159.85 | $209,502 | 30 |
| 5 | $53,691.45 | $263,194 | 31 |
| 6 | $54,228.37 | $317,422 | 32 |
| 7 | $54,770.65 | $372,193 | 33 |
| 8 | $55,318.36 | $427,511 | 34 |
| 9 | $55,871.54 | $483,383 | 35 |
| 10 | $56,430.26 | $539,813 | 36 |
| 11 | $56,994.56 | $596,807 | 37 |
| 12 | $57,564.50 | $654,372 | 38 |
| 13 | $58,140.15 | $712,512 | 39 |
| 14 | $58,721.55 | $771,234 | 40 |
| 15 | $59,308.77 | $830,542 | 41 |
| 16 | $59,901.85 | $890,444 | 42 |
| 17 | $60,500.87 | $950,945 | 43 |
| 18 | $61,105.88 | $1,012,051 | 44 |
| 19 | $61,716.94 | $1,073,768 | 45 |
| 20 | $62,334.11 | $1,136,102 | 46 |
| 21 | $62,957.45 | $1,199,059 | 47 |
| 22 | $63,587.03 | $1,262,646 | 48 |
| 23 | $64,222.90 | $1,326,869 | 49 |
| 24 | $64,865.12 | $1,391,735 | 50 |
| 25 | $65,513.78 | $1,457,248 | 51 |
| 26 | $66,168.91 | $1,523,417 | 52 |
| 27 | $66,830.60 | $1,590,248 | 53 |
| 28 | $67,498.91 | $1,657,747 | 54 |
| 29 | $68,173.90 | $1,725,921 | 55 |
| 30 | $68,855.64 | $1,794,776 | 56 |
| 31 | $69,544.19 | $1,864,320 | 57 |
| 32 | $70,239.63 | $1,934,560 | 58 |
| 33 | $70,942.03 | $2,005,502 | 59 |
| 34 | $71,651.45 | $2,077,154 | 60 |
| 35 | $72,367.97 | $2,149,522 | 61 |
| 36 | $73,091.65 | $2,222,613 | 62 |
| 37 | $73,822.56 | $2,296,436 | 63 |
| 38 | $74,560.79 | $2,370,997 | 64 |
| 39 | $75,306.40 | $2,446,303 | 65 |
| 40 | $76,059.46 | $2,522,362 | 66 |
| 41 | $76,820.05 | $2,599,182 | 67 |

Misc Calcs

## Miscellaneous Calculations re Amir Hozaien

See Spread Sheet Accompanying March 21, 2007 Letter To
Nick Parrish From Thomas Wildner Of Scientific Games

| Year | Total Comp. | | |
|------|-------------|---|---|
| 2006* | $77,062.61 | Growth rate= 12% PER YEAR |
| 2006 | $32,936.35 | 2002-2005 |
| 2005 | $68,993.18 | |
| 2004 | $56,930.22 | Growth rate= 12% PER YEAR |
| 2003 | $53,326.22 | 2002-2006 |
| 2002 | $49,466.60 | |

* Annualized salary based on 156 days of earning in 2006.

## TIME LINE CALCULATIONS

Amir Hozaien

| | | |
|---|---|---|
| DoB | 1/31/79 | |
| DoD | 6/8/06 | Source: |
| AatTofInj: | 27.35 | National Vital Statistics Rep |
| LEatTofInj: | 49.7 | Vol. 54, No. 14, March 28, 2007 |

## Fringe Benefits

| | |
|---|---|
| SS Insurance | 0.0375 |
| Pension | 0.1255 |
| Total | 0.163 |

Source:Living & working conditions
Seite 3 von 4, Section E of
Economic Notebook - LBBB&C

296                                        JOURNAL OF FORENSIC ECONOMICS

Table 1 (2000-01)
Summary of BLS Consumer Expenditure Survey

| Family Size | $30,000 to $34,999 | $30,000 to $39,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $59,999 | $60,000 to $69,999 | $70,000 and over |
|---|---|---|---|---|---|---|---|---|
| **One Person** | | | | | | | | |
| Average Income Before Taxes | $22,458 | $27,826 | $37,136 | $43,121 | | $43,732 | $57,333 | $107,709 |
| Total Average annual expenditures Excluding Pensions and Social Security | $27,676 | $32,718 | $39,418 | $35,762 | $39,809 | | $35,407 | $52,443 |
| As a % of Income | 123.2% | 118.2% | 106.2% | 74.5% | 70.4% | | 61.8% | 48.7% |
| Total Average annual expenditures Excluding Pensions and Social Security Vehicle Purchases and Household Furnishings and Equipment | $25,446 | $27,895 | $37,889 | $19,980 | $22,078 | | $30,950 | $46,715 |
| As a % of Income | 127.9% | 100.9% | 103.0% | 82.4% | 64.3% | 41.9% | 53.9% | 42.8% |
| **Two Persons** | | | | | | | | |
| Average Income Before Taxes | $22,524 | $27,524 | $37,438 | $32,447 | $34,414 | $41,427 | $58,396 | $113,256 |
| Total Average annual expenditures Excluding Pensions and Social Security | $29,177 | $25,518 | $29,208 | $29,298 | $34,884 | $37,651 | $43,087 | $69,115 |
| As a % of Income | 185.3% | 119.0% | 119.0% | 119.0% | 95.7% | 84.7% | 73.3% | 54.1% |
| Total Average annual expenditures Excluding Pensions and Social Security Vehicle Purchases and Household Furnishings and Equipment | $21,937 | $22,851 | $25,088 | $25,088 | $28,578 | $31,988 | $37,001 | $57,192 |
| As a % of Income | 100.1% | 103.0% | 105.0% | 106.0% | 83.1% | 70.6% | 62.3% | 45.2% |
| **Three Persons** | | | | | | | | |
| Average Income Before Taxes | $22,524 | $17,224 | $22,646 | $43,404 | $41,555 | $56,812 | $112,948 | |
| Total Average annual expenditures Excluding Pensions and Social Security | $23,283 | $24,745 | $30,005 | $30,920 | $39,494 | $45,952 | $65,108 | |
| As a % of Income | 288.6% | 141.7% | 121.5% | 100.7% | 89.0% | 74.1% | 57.9% | |
| Total Average annual expenditures Excluding Pensions and Social Security Vehicle Purchases and Household Furnishings and Equipment | $20,183 | $22,072 | $26,085 | $30,256 | $33,296 | $38,049 | $55,218 | |
| As a % of Income | 301.1% | 122.9% | 103.0% | 87.5% | 77.0% | 62.5% | 49.0% | |
| **Four Persons** | | | | | | | | |
| Average Income Before Taxes | $22,524 | $17,236 | $23,787 | $44,415 | $41,514 | $59,459 | $114,148 | |
| Total Average annual expenditures Excluding Pensions and Social Security | $29,651 | $27,184 | $30,879 | $30,934 | $42,608 | $47,206 | $70,804 | |
| As a % of Income | 274.3% | 157.7% | 128.8% | 107.3% | 65.2% | 79.5% | 61.7% | |
| Total Average annual expenditures Excluding Pensions and Social Security Vehicle Purchases and Household Furnishings and Equipment | $24,206 | $22,408 | $26,598 | $35,388 | $35,663 | $40,108 | $69,013 | |
| As a % of Income | 311.3% | 122.9% | 109.2% | 90.0% | 80.1% | 67.5% | 53.5% | |
| **Five or More Persons** | | | | | | | | |
| Average Income Before Taxes | $22,530 | $11,644 | $23,784 | $34,560 | $44,756 | $56,839 | $115,758 | |
| Total Average annual expenditures Excluding Pensions and Social Security | $22,527 | $27,894 | $32,461 | $26,893 | $44,116 | $50,174 | $54,051 | |
| As a % of Income | 181.5% | 155.8% | 131.0% | 103.3% | 100.0% | 85.3% | 64.5% | |
| Total Average annual expenditures Excluding Pensions and Social Security Vehicle Purchases and Household Furnishings and Equipment | $30,005 | $25,925 | $27,898 | $33,434 | $37,537 | $41,526 | $63,112 | |
| As a % of Income | 165.4% | 155.0% | 132.2% | 91.5% | 83.0% | 70.0% | 54.5% | |

U.S. Treasury – Daily Treasury Yield Curve                                                    4/29/08 1:03 AM



HOME   CONTACT US   SITE INDEX   FAQ   FOIA   ESPAÑOL   ACCESSIBILITY   PRIVACY & LEGAL

INTEREST RATE STATISTICS

# Daily Treasury Yield Curve Rates

✉ Get e-mail updates when this information changes.

Historical Data

XML This data is also available in XML format by clicking on the XML icon

**April 2008**

| Date | 1 mo | 3 mo | 6 mo | 1 yr | 2 yr | 3 yr | 5 yr | 7 yr | 10 yr | 20 yr | 30 yr |
|------|------|------|------|------|------|------|------|------|-------|-------|-------|
| 04/01/08 | 1.55 | 1.40 | 1.53 | 1.62 | 1.80 | 1.94 | 2.65 | 3.04 | 3.57 | 4.40 | 4.40 |
| 04/02/08 | 1.55 | 1.41 | 1.56 | 1.67 | 1.88 | 2.05 | 2.72 | 3.09 | 3.60 | 4.40 | 4.38 |
| 04/03/08 | 1.56 | 1.40 | 1.56 | 1.68 | 1.91 | 2.08 | 2.75 | 3.11 | 3.61 | 4.41 | 4.40 |
| 04/04/08 | 1.50 | 1.35 | 1.53 | 1.63 | 1.83 | 1.98 | 2.63 | 2.99 | 3.50 | 4.32 | 4.32 |
| 04/07/08 | 1.42 | 1.45 | 1.61 | 1.72 | 1.95 | 2.10 | 2.75 | 3.09 | 3.57 | 4.37 | 4.36 |
| 04/08/08 | 1.34 | 1.41 | 1.58 | 1.68 | 1.87 | 2.06 | 2.72 | 3.08 | 3.58 | 4.37 | 4.37 |
| 04/09/08 | 1.06 | 1.31 | 1.51 | 1.60 | 1.77 | 1.95 | 2.59 | 2.97 | 3.49 | 4.30 | 4.31 |
| 04/10/08 | 0.98 | 1.27 | 1.49 | 1.61 | 1.84 | 2.02 | 2.66 | 3.05 | 3.55 | 4.33 | 4.34 |
| 04/11/08 | 0.90 | 1.19 | 1.40 | 1.52 | 1.76 | 1.94 | 2.57 | 2.97 | 3.49 | 4.28 | 4.30 |
| 04/14/08 | 0.85 | 1.08 | 1.41 | 1.53 | 1.78 | 1.97 | 2.60 | 3.00 | 3.53 | 4.32 | 4.35 |
| 04/15/08 | 0.84 | 1.10 | 1.42 | 1.56 | 1.84 | 2.05 | 2.68 | 3.08 | 3.60 | 4.38 | 4.42 |
| 04/16/08 | 0.86 | 1.12 | 1.49 | 1.65 | 1.98 | 2.20 | 2.82 | 3.21 | 3.72 | 4.49 | 4.54 |
| 04/17/08 | 0.87 | 1.23 | 1.58 | 1.77 | 2.13 | 2.31 | 2.90 | 3.27 | 3.75 | 4.50 | 4.54 |
| 04/18/08 | 0.90 | 1.35 | 1.68 | 1.85 | 2.19 | 2.35 | 2.95 | 3.29 | 3.77 | 4.52 | 4.51 |
| 04/21/08 | 0.90 | 1.34 | 1.68 | 1.86 | 2.20 | 2.37 | 2.95 | 3.28 | 3.75 | 4.48 | 4.48 |
| 04/22/08 | 0.72 | 1.27 | 1.64 | 1.84 | 2.24 | 2.43 | 2.96 | 3.29 | 3.74 | 4.47 | 4.46 |
| 04/23/08 | 0.78 | 1.26 | 1.64 | 1.83 | 2.22 | 2.45 | 2.98 | 3.32 | 3.77 | 4.49 | 4.49 |
| 04/24/08 | 0.81 | 1.26 | 1.66 | 1.91 | 2.41 | 2.61 | 3.15 | 3.44 | 3.87 | 4.56 | 4.56 |
| 04/25/08 | 0.80 | 1.34 | 1.73 | 1.97 | 2.44 | 2.64 | 3.20 | 3.49 | 3.91 | 4.61 | 4.61 |
| 04/28/08 | 0.94 | 1.43 | 1.74 | 1.95 | 2.36 | 2.58 | 3.14 | 3.44 | 3.86 | 4.57 | 4.57 |

Daily Treasury
Yield Curve Rates

Daily Treasury Bill
Rates

Daily Treasury
Long-Term Rates

Daily Treasury
Real Yield Curve
Rates

Daily Treasury
Real Long-Term
Rates

* 30-year Treasury constant maturity series was discontinued on February 18, 2002 and reintroduced on February 9, 2006. From February 18, 2002 to February 8, 2006, Treasury published alternatives to a 30-year rate. See Long-Term Average Rate for more information.

Treasury discontinued the 20-year constant maturity series at the end of calendar year 1986 and reinstated that series on October 1, 1993. As a result, there are no 20-year rates available for the time period January 1, 1987 through September 30, 1993.

Treasury Yield Curve Rates. These rates are commonly referred to as "Constant Maturity Treasury" rates, or CMTs. Yields are interpolated by the Treasury from the daily yield curve. This curve, which relates the yield on a security to its time to maturity is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations

obtained by the Federal Reserve Bank of New York. The yield values are read from the yield curve at fixed maturities, currently 1, 3 and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10 year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity.

Treasury Yield Curve Methodology. The Treasury yield curve is estimated daily using a cubic spline model. Inputs to the model are primarily bid-side yields for on-the-run Treasury securities. See our Treasury Yield Curve Methodology page for details.

For more information regarding these statistics contact the Office of Debt Management by email at debt.management@do.treas.gov.

For other Public Debt information contact (202) 504-3550.

This document was generated from the XML data using the XSL transformation. Click on the XSL icon to view the XSL file.

# Resume

## James F. Horrell
### Quantitative Analyst for Business and Economic Decisions

## Addresses

23118 NE 126th Street
Redmond, Washington 98053
425 836 9533   Cell 405 205 5766
Webb site: http://web.mac.com/jfhorrell/iWeb/Site/Welcome.html
Email jfhorrell@mac.com

## Education

| | |
|---|---|
| Ph.D. | Mathematical Statistics, Colorado State University, 1972 |
| M.A. | Mathematics, Western Washington State College, 1965<br>Bowdoin College, Summers 1962, 1963 |
| B.A. Ed. | Mathematics, Central Washington State College, 1961 |

## Experience

| | |
|---|---|
| 2004-present | Adjunct Professor, University of Oklahoma |
| 1974-2004 | Associate Professor, College of Business Administration, The University of Oklahoma |
| 1970-1974 | Assistant Professor, College of Business and Economics, Washington State University |
| 1966-1970 | Fellowship, National Institute of Health, Colorado State University |
| 1965-1966 | Instructor, Colorado State University |
| 1964-1965 | National Science Foundation AYI, Western Washington State College |
| 1962-1964 | Teacher, A.C. Davis High School, Yakima, WA |
| 1962, 1963 | National Science Foundation Summer Institutes, Bowdoin College |
| 1961-1962 | Teacher, East High School, Bremerton, WA |

## Book

Horrell, James F., and Harnett, Donald L., *Data, Statistics and Decision Models with Excel*, John Wiley & Sons, Inc., New York, NY, 1998.

**Refereed Journal Articles**

"The Cost of Diabetes in the Presence of Co-morbid Conditions," (with R.I. Garis, M.A. Shara, K.C. Farmer, and M. Arora). *Managed Care Interface, Vol. 15, No. 4, April 2002, pp 48-53.*

"Estimating the Economic Damage Resulting from the Pollution of a Municipal Water Supply," (with D. Craig Shew). *Litigation Economic Digest*, Vol. II, No. 1, Fall 1996, pp. 55-72.

"Effect of Positive Earnings Bias on the Size and EP Effects," (with T.K. Bhattacharya). *National Social Science Journal*, Vol. 8, No. 1, Spring 1994, pp. 180-193.

"Evidence of Independence of the Size and EP Ratio Anomalies," (with T.K. Bhattacharya). *Journal of Financial Management and Analysis: International Review of Finance*, Vol. 5, No. 2, 1992.

"A Descriptive and Analytic Matrix for Product Liability Defenses," (with N. Razook and J. Roblyer). *American Business Law Journal*, Vol. 30, No. 1, May 1992, pp. 69-96.

"Communication and Assimilation Patterns of Two Generations of Thai Immigrants," (with K. Sakdisubha and B. Hill). *Intercultural Communication Studies*, Vol. 1, No. 2, Fall 1991, pp.1-22.

"Is Pricing of Financial Risk Really Uniform?" (with A. Merikas and M. Tsiritakis). *Business and Economic Review,* Vol. 4, No. 1, 1991, p. 71-86.

"An Analysis of Index Option Pricing," (with John S. Cotner). *The Journal of Futures Markets*, Vol. 9, No. 5, October 1989, pp. 449-459.

"Advance Preparation of Discrete Finger Responses: Nonmotoric Evidence," (with James Carraugh). *Acta Psychologica: International Journal of Psychonomics*, Vol. 72, 1989, pp. 117-138.

"The Use of Beta Unlevered as a Proxy of the Homogenous 'Risk Class'-Empirical Evidence," (with Andreas Merikas). *Journal of Economics and Finance*, Vol. 13, No. 2, April 1989, pp. 155-162.

"Food Brokers in the Distribution Channel," (with Roy K. Teas and Rod Evans). *International Journal of Physical Distribution and Materials Management*, Vol. 12, 1982, pp. 29-41.

"Salespeople Satisfaction and Performance Feedback," (with Roy K. Teas). *Industrial Marketing Management,* Vol. 10, 1981, pp. 49-57.

"Least Squares Robustness When the Error Term is Mis-Specified," (with Terry N. Barr). *Agricultural Economics Research*, Vol. 28, No. 4, October 1976, pp. 136-145.

"A Nonparametric Program to Test for an Indentity of Dispersion Patterns Across C Multivariate Distributions," (with V. Parker Lessig and Amrenda Signh). *Journal of Marketing Research*, Vol. 13, August 1976, pp. 271-272.

"Evaluations of Quality Factors in Marketing Experiments," (with Chem Narayana). *Journal of the Academy of Marketing Science*, Vol. 4, No. 3, 1976, pp. 599-607.

"Influence of Altitude and Age on Pulmonary Arterial Pressure in Cattle," (with D. H. Will, J. T. Reeves and A. F. Alexander). *Proceedings of the Society for Experimental Biology and Medicine*, Vol. 150, December 1975, pp. 564-567.

"A Note on a Multivariate Generalization of the Kruskal-Wallis Test," with V. Parker Lessig. *Decision Sciences*, Vol. 6, January 1975, pp. 135-141.

"A Nonparametric Multivariate One-Way Analysis of Variance Program," (with V. Parker Lessig and Amrenda Signh). *Journal of Marketing Research*, Vol. 11, August 1974.

"A Note on a Nonparametric Test of Independence Between Two Vectors," (with V. Parker Lessig and Amrenda Signh). *Journal of Marketing Research*, Vol. 11, February 1974, p. 106-108.

"A Nonparametric Program for Testing the Independence Between Two Vectors" (with V. Parker Lessig and Amrenda Signh). *Journal of Marketing Research*, Vol. 10, November 1973, p. 493.

"On the Nonrandomness of Brand Selection," (with V. Parker Lessig). *Mississippi Valley Journal*, Vol. VII, No. 2, 1972-1973, pp. 65-73.


**Refereed Proceedings**

"Integrating Mathcad into the Business School's Ph.D. Statistics Curriculum." Proceeding of the Twenty Sixth Annual National Meeting of the Decision Sciences Institute, November 1995, pp. 217-219.

"The Importance of Assumptions in the Application of Statistical Analysis to Real Life Problems." Proceedings of the Twenty Fourth Annual National Meeting of the Decision Sciences Institute, November 1993, pp. 48-50.

"The Demand Elasticity, A Real Determinant of Systematic Risk," (with A. Merikas and M. Tsiritakis). Proceedings of North American Economics and Finance Association, July 1989.

"Transfer Function vs. Regression on Data Generated from a Known Function with No Autocorrelation in the Residuals of the Stationary Form of the Model," (with Dan Jensen and Gerald Schumann). Proceedings of the Eleventh Annual National Meeting of the American Institute for Decision Sciences, New Orleans, LA, November 1979, pp. 53-55.

"Point and Interval Estimation of the Total Number of Accounts a New Bank Will Generate from Its Effective Service Area." Proceedings of the Tenth Annual National Meeting of the American Institute for Decision Sciences, St. Louis, MO, November 1978, pp. 314-316.

"Solar Energy International Progress." Proeedings of the International Symposium-Workshop on Solar Energy," (with D. A. Huettner, B. J. Taylor and C. A. Ingene). Cairo, Egypt, June 16-22, 1978, pp. 2084-2105.

"A Proposed Model and Method for Analyzing Power in a Channel of Distribution," (with Robert Lusch). Proceedings of the Eighth Annual Meeting of the American Institute for Decision Sciences, San Francisco, CA, November 1976, pp. 405-408.

"A Multivariate Analysis of Variance of a Monte Carlo Study." Proceedings of the Seventh Annual National Meeting of the American Institute for Decision Sciences, Cincinnati, OH, November 1975, pp. 100-102.

"Food Broker and Food Manufacturer Perceptions of the Channel of Distribution of Nationally Branded Canned Food Products," (with Roy Teas). Proceedings of the Seventh Annual National Meeting of the American Institute for Decision Sciences, Cincinnati, OH, November 1975, p. 114.

"Rank Tests for Equality of Dispersion Patterns." Proceedings of the Fifth Annual Western Regional Meeting of the American Institute for Decision Sciences, Las Vegas, NV, March 1975, pp. 135-137.

"Robustness: The Nation, A Brief History and Some Implications for Decision Scientists." Proceedings of the Sixth Annual Meeting of the American Institute for Decision Sciences, Atlanta, GA, October 1974.

"Some Comments on Recent Developments in Multivariate Nonparametric Statistics," Proceedings of the American Marketing Association, Portland, OR, August 1974, pp. 194-197.

"Checking for Dependence Structure in Business Data and the Effect of Dependence on Analysis of Variance Techniques." Proceedings of the Fourth Annual Southwestern Regional Meeting of the American Institute for Decision Sciences, Dallas, TX, March 1974, pp. 86-89.

"Toward a More Appropriate Optimization Function for Meaningful Gross Allocations of Advertising Budgets," (with Chem Narayana and Bob Redinger). Proceedings of the Fourth Annual Southwestern Regional Meeting of the American Institute of Decision Sciences, New Orleans, LA, February 1974, pp. 259-262.

"A Nonparametric Alternative to Manova," (with V. Parker Lessig). Proceedings of the Fifth Annual Meeting of the American Institute of Decision Sciences, Boston, MA, November 1973, pp. 410-412.

"A Nonparametric Technique for Testing the Independence of Two Subsets of a Multi-dimensional Variable," (with V. Parker Lessig). Proceedings of the Fourth Annual Meeting of the American Institute for Decision Sciences, New Orleans, LA, November 1972, pp. 937-942.

"The Detection of Randomness in Buying Behavior Patterns," (with V. Parker Lessig). Proceedings of the Third Annual Meeting of the American Institute for Decision Sciences, St. Louis, MO, October 1971, pp. 189-193.

4

**Sponsored Research Reports**

"A Study of the Feasibility of Utilizing Solar, Wind and Geothermal Energy in Hobbs, New Mexico," (with Benjamin Taylor, David Huettner and Charles Ingene). The final report for the United States Energy Research and Development Agency Grant E-40-1-5231, Center for Economic and Management Research, College of Business Administration, The University of Oklahoma, Norman, OK, January 1978.

"The Project to Merge Price, Cost and Production to the Oil Information Center at The University of Oklahoma," (with Don Murry and John Klingstedt). The final report for the Federal Energy Administration Grant CO-03-50221-00, Center for Economic and Management Research, College of Business Administration, The University of Oklahoma, Norman, OK, September 1976, p. 96.

**Text Materials**

*A Student Guide for: Basic Statistics for Business and Economics*. Wiley/Hamilton, Santa Barbara, California, 1977, p. 283.

**Published Book Review**

"Multiple Regression and Analysis of Variance," by George O. Wesolowsky. Review published in the *Journal of Marketing Research*, Vol. XV, February 1978, pp. 164-165.

**Special Topic Seminars**

"Faculty Performance Evaluation Using the Analytic Hierarchy Process and the Personal Computer Program Expert Choice," (with Thomas L. Saaty, University of Pittsburgh). Organizer and Faculty Member. July 7 and 8, 1987.

"Economic Conditions, Forecasting and Inflation: Effects on Marketing and Financial Analysis in the Petroleum Industry," (with David Huettner, Paul Zinszer and Arnold Parr). Presented to executives of Phillips Petroleum. Organizer and Faculty Member. May 30-June 1, 1979.

"Univariate and Transfer Function Time Series Analysis." Presented to employees of General Telephone and Electronics, August 21-25, 1978.

**Presentations and Papers (Unpublished)**

"When is a Sample Size Large Enough for Decision Making Purposes in Discrimination Litigation?" Western Economic Association Meeting, Seattle, WA, June 1997.

"A Survey of Statistics in Business Doctoral Programs," Tenth Annual Meeting, Making Statistics More Effective in Schools of Business, Anchorage, AK, June 1996.

"Evaluating the Present Value of a Leasehold Estate," Twenty Sixth Annual Meeting of the Decision Sciences Institute, Boston, MA, November 1995.

"Calculating Business Damages in a Malicious Prosecution Case," Western Economic Association Meeting, Vancouver, BC, June 1995.

"A Re-Examination of the Linearity of Risk and Return and the January Effect," (with T. Bhattacharya). 1992 Financial Management Association National Meeting, San Francisco, CA, October 21-24, 1992.

"Market Anomaly Studies: Inconsistencies in Results, Differences in Methods and Extensions in Analysis," (with T. Bhattacharya). 1990 Southern Finance Association Meeting, Savannah, GA, November 29-December 1, 1990.

"The Impact of the Degrees of Operating and Financial Leverage on Systematic Risk of Common Stock: An Extension," (with A. Merikas and M. Tsiritakis). 1990 Southwestern Finance Association Meeting, Dallas, TX, March 1990.

"The Corporate Trade-Off Hypothesis," (with Andreas Merikas). 1989 Midwest Finance Association Meeting, Cincinnati, OH, March 30-April 1, 1989.

"Is the Price of Financial Risk Really Uniform?" (with Andreas Merikas). Eastern Finance Association Meeting, Philadelphia, PA, April 12-15, 1989.

"Estimating Homogenous 'Risk Class' in Developed and Less Developed Financial Markets," (with A. Merikas, A. Turay, P. Sanderson and A. Kondonassis). Southwestern Economics Association Meeting, Little Rock, AR, March 30-April 1, 1989.

"Empirical Properties of the Black Scholes Model Applied to Index Options." Financial Management Association, New York, NY, October 1986.

"Evaluating Index Options with Conditional Probability Distributions." Southern Finance Association, Dallas, TX, November 1985.

"A Transfer Function and Intervention Analysis of Credit Card Sales and Bad Debt." International Symposium of Forecasting, Philadelphia, PA, May 1985.

"A Multivariate ARIMA Model of the Benzene and Gasoline Markets." International Symposium of Forecasting, London, England, July 1984.

"A Forecasting Tournament Revisited." International Forecasting Symposium, Quebec City, Quebec, May 1981.

"Time Series Analysis and Its Application to Inventory Control." American Production and Inventory Control Society, Dhahran, Saudi Arabia, October 1981.

"An Overview of Survey Research." Industrial Development Institute, The University of Oklahoma, August 1979 and August 1978.

"An Application of Box and Jenkins Forecasting Procedures to Hedge Shell Egg Futures and the Cost of Corn and Soybean Meal." Presented at the Tenth Annual Southwestern Regional Meeting of the American Institute for Decision Sciences, Houston, TX, March 1978.

"Some Results Concerning Finding the Best Forecasting Model for Forecasting on the Basis of Historical Data." ORSA-TIMS National Meeting, New York, NY, May 1978.

"A Sensitivity Analysis of the Cost Effectiveness of Five Alternative Sources of Electricity for Hobbs, New Mexico." Presented at the National Meeting of the American Association for the Advancement of Science, Washington, DC, February 1978.

"Exploring Advertising Effects with Two-State Least Squares Models." Presented at the Joint National Meeting of the Operations Research Society of America and the Institute of Management Science, November 1975.

"A Nonparametric Alternative to Canonical Analysis in Testing the Independence Between Two Multidimensional Variables," (with V. Parker Lessig). The University of Kansas School of Business Working Paper Series, Working Paper No. 70, November 1972.

"Consequences of Mid-Specification of Error Term in the Estimation of Cobb-Douglas Type Functions." Presented at the Allied Social Sciences Meeting, New Orleans, LA, December 1971.

## Consulting Reports

"A Business Valuation of Diamond Vending and Supply, Inc." Diamond Vending and Supply, Inc., October 1992.

"Final Report of the Goddard Ad Hoc Review Committee," University of Oklahoma, November 1990.

"Economic Appraisals of Pecuniary Loss in Personal Injury Cases." Published in *How To Evaluate and Settle Personal Injury Claims in Oklahoma*, Professional Education Systems Inc., Eau Claire, WI, 1990, pp. II-1 to II-20.

"1989 Economics Development Institute Program Evaluation, Norman, Oklahoma." Center for Economic and Community Development, The University of Oklahoma, Norman, OK, August 1989, 176 pages.

"Leasehold Evaluation of the Savannah Oaks Ground Lease," USH-Savannah Oaks Ltd., No. 1, 3500 West Olive, Burbank, CA, July 1989, Vol. I, 71 pages.

"1989 Economic Development Institute Program Evaluation, Indianapolis, Indiana." Center for Economic and Community Development, The University of Oklahoma, Norman, OK, April 1989, 71 pages.

"1988 Economic Development Institute Program Evaluation," Center for Economic and Community Development, The University of Oklahoma, Norman, OK, August 1988, Vol. I, 110 pages, and Vol. II, 48 pages.

7

"Report and Summary of Program Evaluations for the American Bankers Association National Commercial Lending School." The University of Oklahoma, Norman, OK, March 1988, 39 pages.

"A Prefeasibilty Study for the Marketing of Progress Beer." A study prepared for the owners of the Progress Beer Label, Oklahoma City, OK, July 1984, 74 pages.

"A Marketing Analysis of Potential Land Use for the Property of RESH, Inc." Prepared for RESH, Inc., Norman, OK, April 1981, 52 pages.

"A Prefeasibility Study for a Potential Study to Support the Application for a New Bank Charter in Sasakwa, OK." A Study prepared for the Executive Department of the Seminole National of Oklahoma, January 1981, 30 pages.

"A Consumer Research Study of Information Relevant to the Home Furnishing Industry in the Oklahoma City Metro Area," (with Michael B. Horrell). A marketing research study prepared for Evans Home Furnishings, Oklahoma City, OK, January 1980, 120 pages.

"An Image Survey of Sherman Produce Among Grocery Store Accounts," (with Terry Grapentine). A marketing research study prepared for Sherman Produce, Sioux City, IA, July 1979, 112 pages.

"A Customer Image Survey of Bekins Furniture," (with Terry Grapentine and Michael B. Horrell). An image study prepared for Bekins Furniture, Sioux City, IA, June 1979, 179 pages.

"An Analysis of Factors Affecting a Consumer's Selection of Poultry and of the Position of the Sherman Chicken in the Mind of the Consumer," (with Terry Grapentine). A marketing research study prepared for Sherman Produce, Sioux City, IA, May 1979, 132 pages.

"An Analysis of Factors that Affect Farmers' Brand Selection of Seed Corn and of Farmers' Perceptions of Selected Seed Corn Producers," (with Terry Grapentine). A marketing research study prepared for Wilson Hybrids, Inc., Harlan, IA, April 1979, 152 pages.

"A Customer Image Survey of Harkers Wholesale Meat, Inc., LeMars, Iowa," (with Terry Grapentine). June 1978, 168 pages.

"The Economic Feasibility of a New Bank Located at 333 12[th] Avenue SE, Norman, Oklahoma." A feasibility study prepared for the charter applicants for a new Oklahoma State Bank for Norman, OK, July 1977, 74 pages.*

> *The study included testifying before the Oklahoma State Banking Commission on the feasibility for the bank which is currently in operation under the name, United Bank of Norman.

"A Prefeasibility Study for a New Bank in Norman, Oklahoma." A study prepared for a group interested in the potential for chartering a new bank in Norman, OK, April 1977, 30 pages.

**Major Consulting Projects and Activity**

Dr. Horrell has been involved in more than 900 litigation cases, testified via deposition over 150 times and testified in state or federal courts over 150 times. Approximately 70% of these cases involve calculating damages for people injured by some accident. The other 30% of the cases could be classified as business litigation involving corporate and government entities. A partial list of corporate and government entities assisted includes: Coca Cola, General Motors, American Airlines, EEOC, Magnum Foods, American Milk Producers Inc, Hyde Drugs, Aircraft Blue Book, The U. S. Attorney, Kerr McGee, Channel Five News, CMI, Skaggs, Choice Smorgasbords Inc., The Oklahoma Land Commission, The City of Oklahoma City, Evans Construction Co., Eskridge Honda, Purina, John Deere and the City of Cyril. The regions in which testimony is primarily given are Oklahoma and its adjacent states, and Washington and adjacent states. The actual boundary of the region in which testimony has been given is described by the following cities: Anchorage, Alaska; Chicago, Illinois, Baltimore, Maryland; Atlanta, Georgia, Dallas Texas, Los Angles, California, and Seattle Washington.

Opinions have been given on (1) pecuniary loss in wrongful death and personal injury, (2) wrongful termination and discrimination issues (3) division of assets in divorces, (4) the loss of profits and economic damages suffered by business and government entities, (5) the financial strength of a firm, (6) copyright infringement event probabilities (7) posterior probabilities of paternity and (8) a variety of other probability and statistical issues.

During the 1980's Dr. Horrell was a forecasting consultant for Gwilym Jenkins and Partners (GJP). GJP was a firm based in Lancaster, England, specializing in ARIMA time series analysis and software. A sabbatical from the University of Oklahoma in 1980 was spent visiting the corporate headquarters of a large number of Fortune 500 companies interested in the use of ARIMA processes for their forecasting needs. These visits were used to explain the techniques, the software and to discuss the appropriateness of the techniques for forecasting problems of the firm. The problems considered required consideration of the complete picture of the corporate structure and the interdependencies of its various components. The following is a partial list of corporations and government entities consulted: White Consolidated Industries, Nestle Company, National Bureau of Standards, Baxter Travenol Laboratories, Walgreens, Quaker Oats, ESMARK, Standard Brands, House of Seagram's, SWISSRE Holding, New York and New Jersey Port Authority, Paine Weber Blythe and Eastman, American Cynamid, Federal Bureau of Investigation, Federal Energy Administration, Harris Trust, Northern Trust, United Nations, Irving Trust, Consolidated Coal, Standard Oil of Ohio, Ross Laboratory, PPG, Gulf Oil, Phillips Petroleum, Rockwell International, Shell Oil and The U. S. Dept. of Agriculture.

A third area of consulting activities has involved smaller business entities. Project feasibility studies, consumer image studies and business valuation problems have been the focus. In some cases surveys with sample sizes up to 600 individuals have been conducted and the resulting multivariate data analyzed. Some of these projects have given rise to a formal report, some of these reports are listed above under "Consulting Reports".

During his 30 year tenure at the University of Oklahoma, Dr. Horrell served on approximately 45 doctoral dissertation committees, primarily acting as a statistical consultant on the statistical techniques used for the analysis of the dissertation data.

University Consulting Statistician, University Statistics Laboratory, University of Oklahoma. Statistical techniques were discussed with Stat Lab clients as these techniques related to the

specific research projects of the clients. Among the techniques applied during this period were the following; analysis of variance, linear regression, multivariate analysis of variance and covariance, chi square analysis, ARIMA time series analysis, profile analysis, canonical correlation analysis, factor analysis, principal component analysis, discrimination analysis and path analysis. August 1985 – July 1987.

A review of operational forecasting, statistical applications and selected marketing projects. Conducted a one week ARIMA forecasting seminar. GTE Service Corporation, Stanford, CT. July-December 1978.

**University and College Service**

College of Business Computing Committee

College of Business Tenure and Promotion Review Committee

University Budget Council

College of Business Academic Misconduct Committee, Chairman

College of Business Academic Misconduct Committee

Goddard Health Center Ad Hoc Committee, Chairman

College of Business Tenure Review Committee

College of Business "Committee A", Chairman

College of Business "Committee A"

Faculty Resource Person Scholarship-Leadership-Enrichment Program

Faculty Senate

University Academic Programs Council

College of Business Tenure Review Committee

Graduate College Academic Appeals Panel

College of Business Research Committee

Faculty Resource Person Scholarship-Leadership-Enrichment Program

College of Business Tenure Review Committee

University Computer Advisory Committee

Faculty Resource Program Scholarship-Leadership-Enrichment Program

College of Business Dean's Advisory Committee

College of Business Graduate Programs Committee

**Courses Taught in the areas of Statistics, Finance, Marketing and Economics and Text Material Used During the Past Twenty Years**

**Elementary Statistics:**
1.   *Probability with Statistical Applications* by Mosteller, Rourke & Thomas.
2.   *Business Statistics* by Hoel and Jessen.
3.   *Elements of Statistical Inference* by Huntsberger and Billingsley.
4.   *Statistics for Management and Economics* by Mendenhall and Reinmuth.
5.   *Introduction to Statistical Analysis* by Dixon and Massey.

**Statistics for the MBA:**
1.   *Data, Statistics and Decision Models* by Harrnett and Horrell.
2.   *Applied Statistics for Business*, by Webster
3.   *Intermediate business Statistics: Analysis of Variance, Regression and Time Series* by Miller and Wichern.
4.   *Introductory Statistics for Business and Economics* by Wonnacott and Wonnacott.
5.   *Statistical Methods for Business and Economcis* by Pfaffenberger and Patterson.
6.   *Statistics: Making Sense out of Data* by Olson.
7.   *A Second Course in Business Statistics: Regression Analysis* by Mendenhall and Sincich.
8.   *Linear Statistical Models: An Applied Approach* by Bowerman and O'Connell.

**Nonparametric Statistics:**
1.   *Nonparametric Statistics* by Siegel.
2.   *Nonparametric Statistical Inference* by Gibbons.

**Sampling Theory:**
1.   *Sample Design in Business Research* by Deming.

**Regression Analysis:**
1.   *Applied Regression* by Draper and Smith.
2.   *Linear Statistical Models: Regression and Analysis of Variance* by Neter and Wasserman.

**Multivariate Statistics:**

1.   *Applied Multivariate Statistical Analysis* by Johnson and Wichern.
2.   *A Primer of Multivariate Statistics* by Harris.
3.   *Applied Multivariate Analysis* by Press.
4.   *Multivariate Statistical Methods* by Morrison.
5.   *Multivariate Analysis with Applications in Education and Psychology* by Timm.

**Mathematical Statistics:**
1.   *John E. Freund's Mathematical* by Miller and Miller.

    2.    *Probability and Statistics for Engineers and Scientist* by Walpole and Meyers.
    3.    *Introduction to the Theory of Statistics* by Larson.

**Stochastic Processes:**
    1.    *Stochastic Processes* by Ross.

**Time Series Analysis and Forecasting:**
    1.    *Forecasting in Business and Economics* by Granger.
    2.    *Forecasting Methods for Management* by Wheelwright and Makridakis.
    3.    *Applied Time Series* by Nelson.
    4.    *Time Series Analysis: Forecasting and Control* by Box and Jenkins.

**Decision Analysis:**
    1.    *Analysis of Decisions Under Uncertainty* by Schlaifer.
    2.    *Decision Analysis for the Manager* by Brown, Kahr and Peterson.

**Mathematical Economics:**
    1.    *Introduction to Mathematical Economics* by Ostrosky and Koch.
    2.    *Fundamental Methods of Mathematical Economics* by Chaing.
    3.    *Introduction to Mathematical Methods in Economics* by Glass.

**Marketing Research:**
    1.    *Marketing Research* by Tull and Hawkins
    2.    *Marketing Research* by Boyd, Westfall and Stasch.
    3.    *Marketing Research: Management and Methods* by Wentz.
    4.    *Designing the Marketing Research Project* by Joselyn.

**Feasibility Analysis:**
    1.    *Project Feasibility Analysis* by Clifton and Fife.

**Introductory Corporate Finance:**
    1.    *Essentials of Corporate Finance* by Ross, Westerfield and Jordan.
    2.    *Corporate Finance* by Moyer, McGuigan and Kretlow.
    3.    *Essentials of Managerial Finance* by Weston and Brigham.
    4.    *Essentials of Financial Management* by Pinches.

**Investments:**
    1.    *Fundamentals of Investments: Valuations and Management* by Corrado and Jordan.
    2.    *Investments* by Kolb.
    3.    *Investments* by Reilly.
    4.    *Investments: Analysis and Management* by Jones.
    5.    *Modern Investment Theory* by Haugen.

**Capital Budgeting:**
    1.    *The Capital Budgeting Decision* by Bierman and Smidt.
    2.    *Capital Investment and Financial Decisions* by Levy and Sarnat.

**Financial Markets and Institutions:**
    1.    *Financial Institutions, Markets and Money* by Kidwell and Peterson.
    2.    *The U.S. Financial Systems: Money, Markets and Institutions* by Kauffman.

**Security Analysis:**
1.    *Security Analysis and Portfolio and Management* by Fischer and Jordan.

**Corporate Finance:**
1.    *Finance* by Bodie and Merton.
2.    *The Portable MBA in Finance and Accounting*, John Leslie Livingstone, Editor.
3.    *Financial Management and Policy* by Van Horne.

**Portfolio Management:**
1.    *Investment Analysis and Portfolio Management* by Cohen, Zinbarg and Ziekel.
2.    *Investment Analysis and Portfolio Management* by Reilly.

**Personal Finance:**

**1.**    *Personal Finance: Turning Money into Wealth,* by Arthur J. Keown.
**2.**    *The Wall Street Journal Guide to Understanding Money and Investing,* by Kenneth M. Morris, Virginia B. Morris and Alan M. Siegel.

**Recent Trial Testimony of James F. Horrell**

| Case | Date | Attorney |
|------|------|----------|
| Wilbanks Securities v. AXA Advisors | Dec-09 | Andrew Waldron |
| Clausen v. Icicle Seafoods Inc. | Oct-09 | James Jacobsen |
| Hindorff v. Scott | Oct-09 | Andrew Bergh |
| Irving v. City or Stillwater | May-09 | Stan Ward |
| Jay v. City of Norman et al. | Apr-09 | Stan Ward |
| Loop v. Cascade Surveying et al. | Apr-09 | David Kohles |
| Jackson v. Corliss Resources Inc. | Jan-09 | Ann Rosato |
| Elliot v. DOC | Dec-08 | Stan Ward |
| Wirsig-Weichman v. OU et al. | Dec-08 | Stan Ward |
| Ahlschlager, et al., v. Lawton Sch. Dist. | Jan-08 | Stan Ward |
| Federici v. U-Haul et al. | Oct-07 | Simon Forgette |
| City College v. Moore Sorento | Jun-07 | Stan Ward |
| Weinberger v. Okla. State University | Mar-07 | Stan Ward |
| Kennedy v. MWC Med. Ctr. | Mar-07 | Rick Ramano |
| Hackworth v. Progressive Casualty Ins. | Feb-07 | Ward & Glass |
| Gifford v. Taylor et al. | Jan-07 | Jay Self |
| Liddell v. Melton et al. (retrial) | Mar-06 | Ward & Glass |
| Liddell v. Melton et al. | Nov-05 | Ward & Glass |
| Jones v. Buchanan | Sep-05 | Tom Cummings |
| Jenkins v. State of Oklahoma | July-05 | Stan Ward |
| Bailey v. Crete | Apr-05 | Laura Shaffer |
| Hambleton v. State Farm | Mar-05 | D. Petty & D. Halley |
| GMAC v. Independence Owner | Oct-04 | Steve Solomon |
| Gann v. Allied Waste Industries Inc. | Oct-04 | Michael Parks |
| Tate-Leahy v. Sparks Med. Ctr. | Oct-04 | Gary Brooks |
| Kennedy v. Shackelford | April-04 | Gary Bachman |
| McGuffee v. Von Hoffman | Feb-04 | Stan Ward |
| Bender v. Fracasso et al. | Jan-04 | M. Cantrell & B. Bostick |
| Naylor v. | Jul-03 | Richard Carpenter |
| Foreman v. Black | Jun-03 | Clifton Smart |
| Worldlogics v. Chatham Reinsurance | Sept-02 | Thomas McGready |
| Johnson v. ABLT et al. | Aug-02 | Jack Tracy |
| Bellows v. Limlimai | Aug-02 | John Velie |
| Effrig v. Merrill Lynch | Jun-02 | Phillip Curly |
| Garrett v. Hibler et al. | Jun-02 | Woodrow Glass |
| Pfannenstiel v. NEO | May-02 | Stan Ward |
| Swinton v. Belford et al. | Apr-02 | Gary Brooks |
| Bailey v. Crete et al. | Apr-02 | Laura Scheaffer |
| Marston v. Bodenhamer et al. | Feb-02 | Tom Cummings |
| St. of Oklahoma v. Jorge Martel | Nov-01 | Doug Parr |
| RSVP v. Cadcom Telesystems, Inc. | May-01 | John Gile |
| Brim v. Joe Brown Trucking | Apr-01 | Paul Quigley & Dan Little |
| Keilwitz v. High Plains et al. | Mar-01 | C Bergin & R Connor |
| Costs v. Walmart | Jan-01 | Brad Burgess |
| Osborn v. LerBlanc | Oct-00 | Lydia Barrett |
| Lee v. W.W.D. & Crabtree | Oct-00 | Kevin Murphy |
| Bivens v. TDK Ferrites Corp | Sept-00 | Stan Ward |
| Seabrooke v. Carrier | Sept-00 | Robert Robles |
| Johnson v. Shelton et al. | Aug-00 | Stan Ward |

**Recent Deposition Testimony of James Freeland Horrell,  Ph.D.**

| Case | Date | Attorney | Case Number |
|------|------|----------|-------------|
| Wiles v. Sherwin-Williams Co. | Sep-09 | Walt Haskins | 08-CV-01052-F |
| Harley v. Potter and USPS | Aug-09 | Jana Leonard | CIV-08-148-M |
| Hogan v. Horizon Lines, et al. | May-09 | James Jacobsen | 08-2-04892-6 SEA |
| Loop v. Cascade Surveying et al. | Mar-09 | David Kohles | 08-2-05256-5 |
| Colbert v. Skier's Choice et al. | Mar-09 | Bill Bailey | 06-2-07853-1 |
| Melican v Oklahoma Wesleyan University | Jan-09 | Josh Stockton | CIV-08-137-GKF |
| Ammon v. LCL et al. | Jan-09 | Matthew Knopp | 07-2-33136-1 SEA |
| Murray v.  Silverback Development et al. | Dec-08 | Bailey | 06-2-16143-2-SEA |
| Mooring Capital et al.  v. Knight et al. | Nov-08 | Watson | CIV-06-0006-HE |
| Jay v. Woods et al. | Nov-08 | Thomas | CJ-2007-1366 BH |
| Carel v. Tkach | Sep-08 | Stonecipher | CJ-2007-3739 |
| Caride v. Chesapeake Oper. Inc., et al. | Aug-08 | Schmidt | CJ-2005-143 |
| Bruce v. UPS | Aug-08 | Thomas | CIV-07-226-C |
| White v. OG&E | Jul-08 | Brooks | |
| Watkins v. Westaff | Jun 08 | Brockman | CIV-07-00858C |
| Bowdish v. Federal Express | Apr-08 | Leonard | CIV-07-00022 |
| Johnson v. Menaugh | Mar 08 | Myer | 06-2-37173-9 |
| Dumont v. Guthrie Public Schools | Jan-08 | Glass | CIV-06-1381 |
| Haworth v. Gunnebo Johnson Corp | Jan-08 | Bachman | CJ- 2007-4384 |
| Armstead/Cornish v. Crittenden- Byers | Jan-08 | Glass | CJ-2005-4008 |
| Abraham v. Teleflora | Oct-07 | Leonard | CIV-06-922-R |
| Federici v. U-Haul, et al | Sep-07 | Forgette | 06-2-11563-5 SEA |
| Hensley v. Rent-Acrane of Oklahoma, et al. | Sep-07 | Uselton | CJ-06-131 |
| Kindred v. Devon Energy, et al. | Sep-07 | Uselton | CJ-2006-681 |
| Burris v. Novartis | Sep-07 | Leonard | CIV-06-1058-C |
| Lucas v. Sonic Restaurants Inc., et al. | Sep-07 | Bachman | CJ-2006-5992 |
| Hubbard v. Liberty Mutual Fire Insurance, et al. | Jul-07 | Uselton | Civ-06-356-FHS |
| Tims v. Express Services | Mar-07 | Glasgow | Civ-06-0092F |
| Ahlschlager et al. V. Lawton school District | Jan-07 | Glass | CJ-2003-147 |
| Bugbee v. Bell et al. | Nov-06 | Behlen | CJ-2005-8078 |
| Hart v. Maxwell supply Co. et al. | Jul-06 | Bone | CJ-2004-10192 |
| Murphy-Rhude v. Progressive Casualty Ins. | Jun-06 | Tomlin | CN-05-902M |
| Hokanson v. OG&E et al. | May-06 | Gehlhausen | CJ-2005-116-01 |
| Bear/Beller v. Honeysuckle et al. | Apr-06 | Tracy | CIV-2005-710-F |
| Parret v. Bridgestone/Firestone, Unicco | Apr-06 | Stallings | CIV-01-1432-HE |
| Gordon v. Presbyterian Hospital et al | Mar-06 | Bethea | CJ-2003-4147 |
| Lozoya v. | Feb-06 | Bachman | CJ-2004-7933 |
| Gifford v. Taylor | Feb-06 | Self | CJ-2004-6333 |
| Meeks v. CCI | Feb-06 | Goodman | CJ-2003-407 |
| Parret v. Bridgestone/Firestone, Unicco | Jan-06 | Gladd & Stallings | CJ-2000-6797-63 |
| Maxwell v. Fears | Dec-05 | Gladd | CJ-2004-1184 |
| Hull v. Baron Telecom | Dec-05 | McGeady | 04 CV-721 C |
| Jones v. Buchanan | Sep-05 | Cummings | CJ-2002-8338 |
| Barnett v. Nature's Sunshine Products | Aug-05 | Pirrilli | CIV-04-1097-HE |
| Jenkins v. St. of Oklhoma et al. | Jun-05 | Ward  & Glass | CIV-04-0681-HE |
| Warman v. Tait et al. | Jun-05 | Nolan | CV 2003-1561 (I) |
| Caride v. Kohll et al. | Jun-05 | Solomon | CIV-04-1367-L |
| Liddell vs. Melton et al. | Apr-05 | Ward & Glass | CIV-03-1566 F |
| Kahn vs. Honda | Mar-05 | Bunger | CJ-2001-8564 |
| Hambleton vs. State Farm | Mar-05 | Halley & Petty | CJ-2003-52 |
| Lincoln vs. Mercy Health Center, Inc. | Oct-04 | Ward & Glass | CJ-2003-5150 |
| Kennedy vs. Midwest City H.M.A., Inc. et al. | Sep-04 | Romano | CJ-2003-5475 |
| Mills et al. vs. Ratheon Aircraft Company et al. | Sep-04 | Smith | CJ-2001-8750 |

**JAMES F. HORRELL, PH.D.**
**Quantitative Analyst For Business and Economic Decisions**
**23118 NE 126th St., Redmond, WA 98053**
**Phone (425) 836-9533  Cell (405) 205-5766**

October 9, 2009

## SUMMARY FEE SCHEDULE FOR RENDERING EXPERT OPINIONS
## AND RELATED WORK IN LITIGATION SETTINGS

RETAINER FEE:      $500.00

DEPOSITION FEE: $750.00 MINIMUM CHARGE.  IF TOTAL TIME EXPENDED
                          EXCEEDS THREE HOURS, EXCESS BILLED HOURLY.

BASIC FEE:          $250.00 PER HOUR PLUS NECESSARY TRAVEL EXPENSES

DAILY CAP:          10 HOURS.