HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE ESTATE OF AMIR HOZAIEN (Deceased), by and through his personal representative, Mary Harm; and CHRISTINE HOZAIEN, individually and as surviving parent to Amir Hozaien,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO MANUEL LOPEZ, an individual and dba AARON TRUCKING; AARON TRUCKING, a business entity, MIKE CAMPBELL & ASSOCIATES, LTD., a California corporation, and UNKNOWN JOHN DOES,<br><br>Defendants. | NO. C09-5278 RJB<br><br>DEFENDANTS' OBJECTIONS TO PLAINTIFFS' INITIAL DISCLOSURES |

COME NOW defendants, Francisco Lopez, Aaron Trucking, and Mike Campbell & Associates, Ltd., (collectively referred to as "Defendants"), by and through the undersigned counsel of record, and hereby submits the following objections to Plaintiffs' Initial Disclosures as follows:

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' INITIAL DISCLOSURES – 1

FLOYD, PFLUEGER & RINGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484

| No. | Description | Objection |
|---|---|---|
| 1. | Washington State Patrol reports and complete accident investigation | Federal Rules of Evidence 403, 410, 602, 701, 801, and 805. |
| 2. | Clark County Fire & Rescue – medical response records | Federal Rules of Evidence 403, 410, 602, 701, 801, 802, and 805. |
| 3. | Clark County Medical Examiner's autopsy report and death certificate | Plaintiffs have not produced. |
| 4. | Scientific Games International – Employment, wage, salary and benefits information | Federal Rules of Evidence 701, 702, 703, 801, and 802. |
| 5. | Preliminary Economic Appraisal prepared by James Horrell, Ph.D | Federal Rules of Evidence 401, 402, 403, 701, 702, 703, 801, and 802. |
| 6. | Personal and Family photographs of Amir Hozaien | No objection. |
| 7. | Copy of Amir Hozaien's Passport | No objection. |
| 8. | Colored photograph of Amir Hozaien's dental x-ray | Federal Rules of Evidence 401, 402, and 403. |
| 9. | Copy of Amir Hozaien's proof of citizenship | No objection. |
| 10. | Copies of documentation prepared in the process of obtaining authorization to transport the body of Amir Hozaien from the United States to Austria | No objection. |
| 11. | Copy of Amir Hozaien's birth certificate issued in Linz, Austria | No objection. |
| 12. | Copy of Amir Hozaien's Death Certificate issued by the State of Washington, Dept. of Health | No objection. |
| 13. | Copy of Memorial Booklet from Amir Hozaien's funeral service | Federal Rules of Evidence 401, 402, 403, 801, and 802. Indecipherable and incomplete. |
| 14. | Copies of printed news articles and media reports concerning this accident obtained via the internet, including any photos that may have been associated with said vehicle | Federal Rules of Evidence 402, 403, 602, 701, 801, and 802. Incomplete. |
| 15. | Video clips of television news reports concerning this accident | Federal Rules of Evidence 402, 403, 602, 701, 801, and 802. Incomplete. |
| 16. | Documents obtained through plaintiff Christine Hozaien, Sherin Hozaien, and Mary Harm evidencing ways in which Plaintiff Amir Hozaien provided support for his mother, Christine Hozaien, as well as his siblings, including but not limited to receipts for goods and services, bank statements, employment information and such | Federal Rules of Evidence 402, 403, 602, 701, 801, and 802. Indecipherable and incomplete. |

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' INITIAL DISCLOSURES – 2

FLOYD, PFLUEGER & RINGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484

1     DATED this 14th day of January, 2010.

2                                             FLOYD, PFLUEGER & RINGER, P.S.

By: *s/ Kerry B. Gress*
   Francis S. Floyd, WSBA#10642
   Kerry B. Gress, WSBA#31791
   ffloyd@floyd-ringer.com
   kgress@floyd-ringer.com
   Attorneys for Defendants Lopez, Aaron Trucking and Mike Campbell & Associates

---

DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
INITIAL DISCLOSURES - 3

FLOYD, PFLUEGER & RINGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484

1-25 down left margin

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to the following:

Paul Luvera
David Beninger
LUVERA, BARNETT, BRINDLEY,
 BENINGER & CUNNINGHAM
701 Fifth Avenue, Suite 6700
Seattle, WA 98104
pnl@luveralawfirm.com
david@luveralawfirm.com

DATED this 14th day of January, 2010.

    *s/ Kerry B. Gress*
Kerry B. Gress, WSBA#31791

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' INITIAL DISCLOSURES – 4

FLOYD, PFLUEGER & RINGER P.S.
300 TRIANON BUILDING, 2505 THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484